IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANN MORTELLITI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ISS FACILITY SERVICES, DOE DEFENDANTS I through X, inclusive, ROE DEFENDANTS I through X, inclusive,<br><br>  Defendants. | No.: 2:15-cv-00681-APG-NJK<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF EARLY NEUTRAL EVALUATION SESSION SET FOR JULY 3, 2015** |

Defendant ISS Facility Services having requested an extension of the date for an Early Neutral Evaluation ("ENE") session, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation session set for July 3, 2015, at 9:30 a.m. is vacated and reset to July 28, 2015, at 1:30 p.m, Chambers 3071.

**IT IS FURTHER ORDERED** that the Confidential ENE Statements scheduled to be received in chambers by June 26, 2015, is vacated and reset to July 21, 2015.

**IT IS FURTHER ORDERED** that all other instructions within the original Order Setting Early Neutral Evaluation Conference (Dkt. #6) shall remain in effect.

Dated this 9th day of June, 2015.

Peggy A. Leen
United States Magistrate Judge